**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8278**

NEIL JASON WILLIAMS,

             Petitioner - Appellant,

        v.

THOMAS L. MCBRIDE, Warden,

             Respondent - Appellee.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert E. Maxwell, Senior
District Judge.  (2:06-cv-00124-REM-JSK)

Submitted:  June 11, 2009              Decided:  June 30, 2009

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Neil Jason Williams, Appellant Pro Se.  R. Christopher Smith,
Dawn Ellen Warfield, Deputy Attorney General, OFFICE OF THE
ATTORNEY GENERAL, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Neil Jason Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. McBride, No. 2:06-cv-00124-REM-JSK (N.D. W. Va. July 22, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED